Attachment I

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
NEW JERSEY
RECEIVED

2016 OCT -4 P 3:35

Richard E. Barber Sr. and on behalf of the State of New Jersey

*Plaintiff.*

v.

Robert Barchi, President, Rutgers Univ. (Nov. 2012), Board of Govenors, Rutgers Univ. (Nov. 2012), Board of Trustees, Rutgers Univ. (Nov. 2012), Stuart Cook, Former President, UMDNJ (April 2000), UMDNJ Board of Trustees (April 2000); James Archibald, UMDNJ (April 2000), Louis Goetting, UMDNJ (April 2000), Ellen Casey, UMDNJ (April 2000), Karen Silliter, UMDNJ (April 2000), Charles D. Boyd, Ph.D. UMDNJ (April 2000)

*Defendants.*

Attachment II

Attachment II-- Question No. 3: Explain specifically why you need a lawyer to represent you at this time.

Response: The two (2) year criminal investigation of University of Medicine & Dentistry of New Jersey (UMDNJ) by Judge Herbert J. Stern and the Federal Bureau of Investigations (FBI) fully confirms and supports the legal complaints of Richard E. Barber, Sr., the "Plainiff" against "Defendants" Rutgers University and their respective Boards of Governors and Trustees, and the Board of Trustees of UMDNJ. Please note the statement by Barber to the Rutgers University Boards of Governors/Trustees on November 19, 2012 (Attachment III). Also please note the attached letters (Attachment IV) to Honorable Eric Holder, US Attorney General, and Honorable Kathleen Sebelius, Secretary of Health & Human Services dated October 10 2010 and November 11, 2011. Please note that Rutgers University became a "Defendant" as a result of the merger of UMDNJ into Rutgers in 2013-14. Mr. Barber needs an attorney fully knowlegable of the provisions of the "False Claims Act" and several other legal complaints for formal and proper presentation to the Judge and Jury.

RUTGERS UNIVERSITY
BOARDS GOVERNORS & TRUSTEES MEETING
NOVEMBER 19, 2012---8:30 AM

STATEMENT BY RICHARD E. BARBER, SR
FORMER DIRECTOR OF PURCHASING SERVICES---UMDNJ
(JUNE 1993---APRIL 10, 2000)

GOOD MORNING, TO MEMBERS OF THE GOVERNING BOARDS OF RUTGERS

UNIVERSITY. I AM RICHARD E. BARBER, SR., FORMER DIRECTOR OF

PURCHASING SERVICES AT UMDNJ FOR SEVEN YEARS--- FROM JUNE 1993 UNTIL APRIL 10, 2000.

THANK YOU FOR THIS OPPORTUNITY TO SPEAK A FEW WORDS ON BEHALF OF HONESTY, INTEGRITY AND JUSTICE.

IN MY JUNE 20TH EMAIL TO THE LEADERSHIP OF BOTH BOARDS, I RAISED SEVERAL POINTS OF CONCERN FOR YOUR CONSIDERATION.

(1) THE FINAL ORGANIZATIONAL STRUCTURE, BOTH POLICY AND OPERATIONAL, AFTER THE PROPOSED MERGER OF RUTGERS & UMDNJ.
(2) PROVIDE A DETAILED COST ANALYSIS AND BUDGETARY PROJECTIONS FOR A THREE TO FIVE YEAR PERIOD.
(3) PROVIDE THE EXPECTED ECONOMIC IMPACT ON SMALL BUSINESS, MINORITY AND WOMEN-OWNED BUSINESS ENTERPRISES.

SECONDLY, I REQUESTED YOUR SUPPORT FOR A "PUBLIC HEARING" TO ADDRESS THE RECENT HISTORY OF THE "CONFIRMED CORRUPTION, FRAUD AND UNETHICAL CONDUCT BY THE BOARD OF TRUSTEES AND SENIOR MANAGEMENT OF UMDNJ". THESE VERY SERIOUS FINDINGS WERE DOCUMENTED IN THE INVESTIGATIVE REPORTS OF JUDGE HERBERT STERN DURING HIS TWO YEAR "CRIMINAL INVESTIGATION" OF UMDNJ. I WANT TO REPEAT, "HIS TWO YEAR CRIMINAL INVESTIGATION OF UMDNJ".

THESE ACTIONS HAVE RAISED MANY QUESTIONS AND CONCERNS ABOUT THE "FITNESS OF UMDNJ" AS A "CREDIBLE MERGER PARTNER" FOR RUTGERS UNIVERSITY. I DEEPLY BELIEVE, THAT ANY PUBLIC OR PRIVATE INSTITUTION—WHETHER A CHURCH OR A COLLEGE; AN ATHLETIC PROGRAM OR A BOY SCOUT TROOP- DESERVES HONEST AND EFFECTIVE LEADERSHIP BASED ON INTEGRITY AND VALUES REFLECTIVE OF THE MISSION STATEMENT OF THE INSTITUTION.

BASED ON THAT TEST AND THE FINDINGS OF JUDGE STERN IN HIS INVESTIGATIVE REPORTS, UMDNJ HAS NOT MET THAT TEST.

HIS FINDINGS INCLUDED: "THE FAILURE OF UMDNJ BOARD OF TRUSTEES TO PROVIDE CORPORATE GOVERNANCE, COMPLIANCE AND OVERSIGHT OF THEIR OWN POLICIES AND REGULATIONS, FOSTERED A CLIMATE AND CULTURE OF CORRUPTION, AND A HOSTILE WORK ENVIRONMENT". THESE ARE JUDGE STERN'S WORDS, NOT MINE, BUT I FULLY CONCUR.

BEFORE YOU EVEN CONSIDER ANY MERGER VOTE, READ AND REFLECT ON JUDGE STERN'S WORDS. HE CONTINUED TO WRITE:

"THE LARGEST FRAUD OF ANY COLLEGE AND UNIVERSITY IN THE HISTORY OF THE UNITED STATES, HAD BEEN COMMITTED BY UMDNJ".

LET US BE VERY MINDFUL THAT: "400 MILLION DOLLARS IN FRAUD, CORRUPTION AND WASTEFUL SPENDING, INCLUDING DOUBLE-BILLING MEDICAID REIMBURSEMENTS, AN UNETHICAL BEHAVIOR OF SENIOR MANAGEMENT OFFICIALS AT UMDNJ". AGAIN THESE ARE NOT MY WORDS.

CONSIDER THESE QUESTIONS:

WHY WAS A PAYMENT OF $500,000 OF "HUSH MONEY" PLUS LEGAL FEES MADE TO A FORMER DIRECTOR BY THE UMDNJ BOARD OF TRUSTEES, TO "GO AWAY QUIETLY, RATHER THAN EXPOSE THE BID-RIGGING AND CONTRACT STEERING SCHEME", OPERATED BY SENIOR MANAGEMENT OFFICIALS?

WHY THE PAYMENT OF LARGE BONUSES AND LUCRATIVE SEVERANCE PACKAGES AND PERKS, TO THE VERY ARCHITECTS AND OPERATORS OF THE "CORRUPTION SCHEMES", UPON THEIR INVOLUNTARY DEPARTURE FROM UMDNJ?

I BELIEVE THAT THE TAXPAYERS OF NEW JERSEY,AND THE NATION HAVE EVERY RIGHT TO KNOW THE DETAILS OF AND THE JUSTIFICATION FOR THESE AND OTHER PAYMENTS?

THERE ARE DOZENS OF OTHER QUESTIONS THAT SHOULD AND MUST BE ADDRESSED IN A "CREDIBLE PUBLIC HEARING", FOR UMDNJ WAS AND REMAINS "A CESSPOOL OF CORRUPTION AND UNETHICAL MANAGEMENT BEHAVIOR". I WANT TO IMPRESS UPON YOU AND PLEAD WITH YOU, THAT AT THIS POINT IN TIME, UMDNJ IS NOT A "CREDIBLE MERGER PARTNER" FOR RUTGERS UNIVERSITY--- WITHOUT A LOT OF WORK AND MUCH MORE PUBLIC DISCLOSURE.

PLEASE DO NOT BE INFLUENCED OR DETRACTED BY SOME "MISGUILDED ELECTED OFFICIALS, AND SELF-INTEREST AND SELF-SERVING LOBBYISTS AND POLITICAL OPERATIVES.

I URGE YOU TODAY, THE MEMBERS OF THESE GOVERNING BOARDS OF THIS INSTITUTION, TO "DO THE RIGHT THING BY STANDING ON THE RIGHT SIDE OF HISTORY", AND DELAY ANY ACTION ON THE MERGER INITIATIVE.

THANK YOU.

        D O YOU HAVE ANY QUESTIONS?   THANK  YOU.

# RICHARD E. BARBER, SR.
11 Seeley's Run
Somerset, NJ 08873
(732) 873-3827

*Attachment IV*

October 22, 2010

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Dear Mr. Holder:

Your recent appearance on the CBS **60 Minutes** program was a vivid and personally painful reminder to me of the *unfinished business* of determining and establishing full accountability for the "corruption, fraud and wasteful spending" at the University of Medicine & Dentistry of New Jersey (UMDNJ). I filed a Whistleblower Complaint against James Archibald, Executive-President for Administration & Finance and UMDNJ on December 13, 1999. In violation of my rights, as defined by the Conscientious Employee Protection Act (Whistleblower Act), I was retaliated against with "wrongful termination" on April 10, 2000.

My Whistleblower Complaint was filed nearly six years before US Attorney Christopher Christie entered into a "Deferred Prosecution Agreement" with UMDNJ in October 2005. I am writing to request a "Public Hearing" of these issues by the US Department of Justice as soon as it can be arranged.

The failure of the Board of Trustees and the *unethical and irresponsible behavior* of Dr. Stuart D. Cook, President and senior management officials to provide corporate governance, compliance and oversight fostered *a climate and culture of corruption and hostile work environment*. This was demonstrated by the retaliation and wrongful termination of me for filing a Whistleblower Complaint against James Archibald and Dr. Charles Boyd's (Professor & Director of Research, Surgery-RWJMS) letter *threatening me with physical harm* for my efforts to curb wasteful spending and questionable rebates. There was no disciplinary action taken against Dr. Boyd, or the Board of Trustees, or senior management. In September 2008, I discussed this matter with Dr. William Owen, current President of UMDNJ to no avail.

Mr. Holder, in short, UMDNJ was and still is a "cesspool of corruption and unethical behavior." Their retaliatory action against me destroyed my professional procurement career and has caused severe financial damage to me and my family. Furthermore, my Whistleblower Complaint was fully validated and supported by Judge Herbert Stern's two-year investigation of UMDNJ. His Reports noted the depth of *corruption and unethical behavior of UMDNJ officials* when he wrote that his investigation revealed "a complete failure of corporate governance and compliance by the Board of Trustees and senior management with its own policies and state procurement regulations"—there was no

governing process in place to protect my rights against James Archibald once I filed my Complaint. In his Final Report, Judge Stern wrote that his investigation revealed "the largest fraud of any college or university in the United States history committed by UMDNJ" and that "UMDNJ was an institution of political patronage and cronyism and that the personnel process is a flawed and corrupt process, resulting in less qualified candidates being placed in job positions." I am both a witness and victim of UMDNJ's corrupt personnel process.

Mr. Holder, I need your help to fully address these issues and to restore real meaning to the "Conscientious Employee Protection Act" for public employees of New Jersey, and that is why I respectfully request that you convene a "Public and Transparent Hearing" of UMDNJ to fully explore these issues.

The enclosed packet of documents will provide background information for your use. You will note that this "massive cover-up" of corruption extends from UMDNJ to the highest levels of New Jersey State government.

Thanking you in advance for your cooperation in this matter.


Richard E. Barber, Sr.
Somerset, New Jersey

Attachment IV

"CONFIDENTIAL AND RESTRICTED CORRESPONDENCE"

Honorable Kathleen Sebelius  November 30, 2011
Secretary of Health & Human Services
200 Independence Avenue, SW
Washington, DC. 20201

Re: Request for a Public Hearing on the corruption scandal at the University of Medicine
& Dentistry of New Jersey (UMDNJ).

Dear Secretary Sebelius:

I am writing to inform you that I am seeking appropriate compensation under the "False Claim Act" for any recovery of funds from the University of Medicine & Dentistry of New Jersey (UMDNJ) relative to their "corruption scandal".

Please note that I filed my "Whistle Blower Complaint" against James Archibald, Executive Vice-President for Finance & Administration for "suspected corruption and unethical behavior" and UMDNJ, nearly six (6) years (December 1999) before US Attorney Christopher Christie's "Deferred Prosecution Agreement" with UMDNJ and the appointment of Judge Herbert Stern as Federal Monitor in October 2005. As a result of my formal complaint against him and the University, I was retaliated against and "wrongfully terminated" on April 10, 2000. The enclosed documents will provided you an overview of the level and depth of the "cesspool of corruption" at UMDNJ.

Enclosed Documents:

1. Resolution of Financial Claim Against UMDNJ
2. July 1, 2008 letter to Governor Jon S. Corzine
3. July 6, 2009 Op-Ed article: "Corzine Should Take A Stand Against UMDNJ Corruption"
4. March 9, 2010 letter to Dr. William Owen, President of UMDNJ
5. October 22,, 2010 letter to Honorable Eric Holder (US Department of Justice)
6. Biography Data of Richard E. Barber, Sr.

Please note that Judge Stern wrote in his final investigative report on UMDNJ the following:

"Investigative findings of $400 million dollars in fraud, corruption,wasteful spending, including double billing of Medicaid reimbursements, and unethical behavior of senior management officials represents the largest fraud of any college or university in the history of the United States had been committed by UMDNJ". Therefore, I am requesting the following specific actions by you to confirm my request for compensation under the "False Claims Act":

1. Convene a Public Hearing on the "confirmed corruption" at UMDNJ by Judge Herbert Stern and his two (2) year criminal investigation with subpoenas to the Board of Trustees and senior management officials; selected elected and appointed New Jersey State officials, and other relevant persons to this matter.

2. Appoint a Special Counsel to oversee this Public Hearing and my request for appropriate compensation under the "False Claims Act", etc.

Finally, Secretary Sebelius, I am requesting your personal attention to this matter and response by December 15, 2011.

Thank you for your review of this matter and look forward to your reply.

      Richard E. Barber, Sr.
      Somerset, New Jersey

Cc: Vice-President Joe Biden, White House w/documents